# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132540(90)(92)

BERO MOTORS, INC.,
          Plaintiff-Appellee,

v

GENERAL MOTORS CORPORATION,
          Defendant-Appellant.

SC: 132540
COA: 257675
Delta CC: 98-014256-CK

_____/

      On order of the Court, the motion for reconsideration of this Court's February 1, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion for miscellaneous relief is GRANTED.

      MARKMAN, J., would grant reconsideration and, on reconsideration, would grant leave to appeal for the reasons set forth in Justice Corrigan's dissenting statement in this case, 480 Mich 1053 (2008).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

d0421

_____
Clerk